

# Missouri Court of Appeals
## Southern District

**JULY 22, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33047

    Re:   PAUL ALLEN WILLIAMS,
          Movant-Appellant,
          vs.
          STATE OF MISSOURI,
          Respondent-Respondent.